# AFFIDAVIT
## of
## SEAN McDERMOTT
## SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, Sean McDermott, being first duly sworn, do depose and state that:

1. I am a Special Agent (S/A) with the Federal Bureau of Investigation (FBI), and am assigned to the Jefferson City, Missouri Resident Agency. I have been an S/A with the FBI for approximately fourteen (14) years, during which time my investigations have included human trafficking and crimes against children. As an S/A, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States.

2. This affidavit is in support of a search warrant for data attributable to the Google Account IDs associated with email address benmorrow67@gmail.com including, but not limited to: IP addresses, login dates and times, subscriber registration information, account status, associated email addresses, phone numbers, photographs, videos and e-mail content, and any evidence pertaining to the sexual exploitation of children, in violation of Title 18, United States Code, Sections 2251 and 2252.

3. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information obtained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2251 and 2252, are located within the Google Account IDs associated with the email address benmorrow67@gmail.com.

4. On September 4, 2017, BENJAMIN ROY MORROW was arrested by Fulton Police Department (FPD) Officer Lance Reams after admitting to downloading child pornography on his RCA Voyager III computer tablet while parked at a laundromat. Officer Reams seized this computer tablet as evidence at the time of MORROW's arrest, and subsequently delivered it to the Boone County Sheriff's Department (BCSD) at 2111 County Drive, Columbia, Boone County, Missouri. The computer tablet has since been in the custody of the BCSD. In my training and experience, I know that the computer tablet has been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state they were when the computer tablet first came into the possession of the BCSD.

5. On September 5, 2017, BCSD Detective Andy Evans and I interviewed MORROW at the Callaway County Jail. MORROW was a registered sex offender after being convicted in 2009 for possession of child pornography and was currently on parole. MORROW was read his *Miranda* rights and signed an FBI Advice of Rights Form, documenting his consent to be interviewed without a lawyer present.

6. During the interview, MORROW reported he lived alone and did not have internet service at his residence. MORROW reported he acquired the computer tablet a couple of months ago although he knew it was a violation of his parole. MORROW owned the computer tablet for approximately one month before he used it to view child pornography.

7. MORROW reported he used the unrestricted wireless network (WiFi) of a laundromat in Fulton, Missouri, to connect to the internet and view child pornography. MORROW used the laundromat's WiFi to view child pornography almost every day the week before this interview. MORROW estimated he saved 120 images of naked minors to the computer tablet the weekend before this interview. MORROW estimated the child pornography he viewed included

children as young as eight years old. MORROW saved these images so he could masturbate to them at his house.

8. A forensic examination of the computer tablet pursuant to Search Warrant #17-3046-SW-WJE by BCSD Detective Cody Bounds identified 131 unique and easily accessible photographs of apparent child pornography or obscene material. These files appear to have been downloaded to the computer tablet between August 31 and September 4, 2017, with the most recent files having been downloaded shortly before FPD arrested MORROW. These photographs largely depicted prepubescent females, several of whom were engaged in sexual acts with apparent adults or displaying their genitals in a lascivious manner.

9. The computer tablet did not appear to have been recently used as a means of communication, and did not contain messaging and social media software applications, such as Facebook, commonly installed to most mobile devices. The forensic examination identified a Google account in the name of BENJAMIN MORROW with an associated email address of [benmorrow67@gmail.com](mailto:benmorrow67@gmail.com). Some of the images of child pornography appeared to have also been stored to the associated Google Photos account for [benmorrow67@gmail.com](mailto:benmorrow67@gmail.com), although since the account was not signed in at the time of examination, it is unknown if these photographs were ever synced to Google-controlled servers.

10. The browsing history on Google Chrome, the only installed web browser on the computer tablet, revealed no history data, and the recent apps screen did not list Google Chrome. The ordering of the recent apps indicated Gmail was opened immediately after the computer tablet connected to WiFi. As a result, Detective Bounds determined that Gmail was the most likely application to have downloaded the files shortly before FPD arrested MORROW.

11. A preservation letter for benmorrow67@gmail.com was sent to Google on January 10, 2018.

## Conclusion

12. Based upon the foregoing, I assert that probable cause exists that email account benmorrow67@gmail.com, and the Google services linked to the Google Account ID associated with this account, contain depictions or evidence of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2251 and 2252.

13. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

**Sean McDermott**, Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me on this, the 5th day of February, 2018.

**Willie J. Epps, Jr.**
United States Magistrate Judge